# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Shala Renee Pridgen | **Case No :** <br> **Date :** <br> **Time :** | 12–36905 – B – 13J <br> 1/7/14 <br> 09:32 |
| **Matter :** | [68] – Objection to Claim of eCast Settlement Corporation/Capital One, Claim Number 8 [JPJ–1] Filed by Trustee Jan P. Johnson (tjof) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Thomas Holman <br> Sheryl Arnold <br> Diamond Reporters <br> B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the trustee's objection is sustained, and claim No. 8, filed on September 3, 2013, by Ecast Settlement Corporation/Capital One in the amount of $1977.79 (the "Claim"), is disallowed except to the extent previously paid by the trustee.

Dated: January 10, 2014

Thomas C. Holman
United States Bankruptcy Judge